UNITED STATES of America, Plaintiff–Appellee,

v.

Marchal WILLIAMS, Defendant–Appellant.

No. 06–13108

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 22, 2006.

Mark G. Rodriguez, Mark G. Rodriguez, P.A., Tampa, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, counsel for Marchal Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Williams's conviction and sentence are AFFIRMED.